JOSEPH A. SCHWACHTER, Bar No. 108124
KURT R. BOCKES, Bar No. 171647
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: jschwachter@littler.com
Email: kbockes@littler.com

Attorneys for Defendant
COVENANT AVIATION SECURITY, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>COVENANT AVIATION SECURITY, LLC.,<br><br>Defendant. | Case No. C-06-2270-JSW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br><u>Current Date:</u><br>Date: January 5, 2006<br>Time: 1:30 p.m.<br><br><u>Continued to:</u><br>Date: January 19, 2006<br>Time: 1:30 p.m.<br><br>FRCP 16(b)/LR – 16-2(d)<br><br>Trial Date: October 9, 2007<br><br>Complaint Filed: March 30, 2006 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

Case No. C-06-2270-JSW

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

1   The parties to this action, through their respective counsel of record, hereby stipulate
2   that the Case Management Conference currently scheduled for 1:30 p.m. on Friday, January 5, 2007,
3   be continued until 1:30 p.m. on January 19, 2007. The reason for the continuance is that the parties
4   are undergoing settlement talks and fully expect this case may settle within the next ten (10) days.

6   Dated:    January 3, 2007

8                                    BY: _____//s//_____
9                                        JOSEPH A. SCHWACHTER
                                         LITTLER MENDELSON
10                                       A Professional Corporation
                                         Attorneys for Defendant
11                                       COVENANT AVIATION SECURITY,
                                         LLC

13  Dated:    January 3, 2007         EQUAL EMPLOYMENT OPPORTUNITY
                                      COMMISSION

15                                    BY: _____//s//_____
16                                        LINDA ORDONIO-DIXON
                                          Attorneys for Plaintiff
17                                        U.S. EQUAL EMPLOYMENT
                                          COMMISSION

                                    **ORDER**

    **IT IS SO ORDERED.**

21  Dated: January _3_, 2007
                                      _____/s/ Jeffrey S. White_____
                                      JEFFREY S. WHITE
                                      United States District Court Judge

24  Firmwide:81855017.1 046584.1015

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER         1.                    Case No. C-06-2270-JSW