WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
LINDA S. ORDONIO-DIXON, SBN 172830
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5658
Fax No. (415) 625-5657

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>COVENANT AVIATION SECURITY, LLC.<br><br>Defendant. | **CIVIL ACTION NO. 06-02270 JSW**<br><br>**STIPULATED MOTION TO EXTEND CASE MANAGEMENT SCHEDULING CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT DEADLINE; [PROPOSED] ORDER**<br><br>**FRCP 16(b)/LR - 16-2(d)** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-2(d), Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant Covenant Aviation Security LLC, hereby request a short extension of the case management deadlines set out in this Court's "Clerk's Notice" dated January 11, 2007. The Case Management Conference statement is currently due on February 16, 2007 and the Case Management Conference is scheduled for February 23, 2007.

The parties to this action, through their respective counsel of record, hereby stipulate that the Case Management Conference currently scheduled for 1:30 p.m. on Friday, February 23, 2007 be continued until March 9, 2007. The reason for this continuance is that the parties are continuing to work to finalize the settlement of this case.

//

Respectfully submitted,

Dated: February 13, 2007 _____//s//_____

LINDA ORDONIO-DIXON
Attorney for Plaintiff


_____//s//_____

JOSEPH SCHWACHTER
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: February  14 , 2007 _____
JEFFREY S. WHITE
United States District Court Judge

2.