WILLIAM R. TAMAYO, SBN 084965
DAVID F. OFFEN-BROWN, SBN 063321
LINDA S. ORDONIO-DIXON, SBN 172830
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5658
Fax No. (415) 625-5657

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>COVENANT AVIATION SECURITY, LLC.<br><br>Defendant. | **CIVIL ACTION NO. 06-02270 JSW**<br><br>**STIPULATED MOTION TO EXTEND CASE MANAGEMENT SCHEDULING CONFERENCE AND JOINT CASE MANAGEMENT STATEMENT DEADLINE; [PROPOSED] ORDER**<br><br>**FRCP 16(b)/LR - 16-2(d)** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-2(d), Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant Covenant Aviation Security LLC, hereby request a short extension of the case management deadlines set out in this Court's "Clerk's Notice" dated March 8, 2007. The Case Management Conference statement was filed on March 9, 2007 and the Case Management Conference is scheduled for March 16, 2007.

The parties to this action, through their respective counsel of record, hereby stipulate that the Case Management Conference currently scheduled for 1:30 p.m. on Friday, March 16, 2007 be continued until March 30, 2007. The parties have agreed upon the terms of settlement. The continuance is needed to allow the parties to finalize the settlement documents.

//

Respectfully submitted,

Dated: March 13, 2007                    _____//s//_____

LINDA ORDONIO-DIXON
Attorney for Plaintiff


_____//s//_____

JOSEPH SCHWACHTER
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: March \_\_14\_\_, 2007          _____
JEFFREY S. WHITE
United States District Court Judge

2.